867 A.2d 1146

IN THE MATTER OF EDWARD T. BASAMAN, AN ATTORNEY
AT LAW (ATTORNEY NO. 025001990).

February 25, 2005.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–309, concluding that **EDWARD T. BASAMAN** of **WEST NEW YORK**, who was admitted to the bar of this State in 1991, and who thereafter was suspended from the practice of law for a period of three months effective August 1, 2003, by Order of the Court filed July 2, 2003, and who remains suspended at this time, should be reprimanded for violating *RPC* 1.3 (lack of diligence) and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **EDWARD T. BASAMAN** is hereby reprimanded; and it is further

ORDERED that **EDWARD T. BASAMAN** continue to be suspended from practice and restrained from practicing law during the period of suspension and that he continue to comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.